UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERALD RIDEAUX,  #2494710, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case 3:24-CV-1678-B-BK |
| | § | |
| CENTRAL NISSAN, ET AL., | § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30th day of July, 2024.


JANE J. BOYLE
UNITED STATES DISTRICT JUDGE